Eastern District of Kentucky
FILED

NOV 05 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-17-KKC-MAS
**18 U.S.C. § 922(g)(1)**

**TERRY MARSHALL HICKS**

* * * * *

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**
**18 U.S.C. § 922(g)(1)**

On or about September 14, 2026, in Franklin County, in the Eastern District of Kentucky,

**TERRY MARSHALL HICKS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearms:

a) an Anderson Manufacturing, Model AM-15, .223/5.56 multi-caliber rifle bearing serial number 20114171;
b) a Derya Arms, Model VR80, 12-gauge shotgun bearing serial number R281006;
c) an Umarex, Model TAC R1 22C, .22 caliber rifle bearing serial number HA009160;
d) a German Sport Guns, Model GSC-1911, .22 long rifle caliber pistol bearing serial number A717323;
e) a Smith & Wesson, Model M&P 9 Shield EZ, 9mm pistol bearing serial number RED4792; and
f) a Titan Mfg. Corp., Model Titan, .25 caliber pistol bearing serial number B19980;

and the firearms were in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offenses alleged in the Indictment, **TERRY MARSHALL HICKS** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **TERRY MARSHALL HICKS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

a) an Anderson Manufacturing, Model AM-15, .223/5.56 multi-caliber rifle bearing serial number 20114171;
b) a Derya Arms, Model VR80, 12-gauge shotgun bearing serial number R218006;
c) an Umarex, Model TAC R1 22C, .22 caliber rifle bearing serial number HA009160;
d) a German Sport Guns, Model GSC-1911, .22 long rifle caliber pistol bearing serial number A717323;
e) a Smith & Wesson, Model M&P 9 Shield EZ, 9mm pistol bearing serial number RED4792; and
f) a Titan Mfg. Corp., Model Titan, .25 caliber pistol bearing serial number B19980; and
(g) ammunition.

**A TRUE BILL**

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

for

**RONALD L. WALKER JR.**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture.